IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:17-00195-003

**GREG LESTER**

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant, Greg A. Lester's, Motion for Disclosure of Sealed Documents. ECF No. 414. Specifically, the defendant seeks the court to provide counsel with a copy of the sealed memorandum of sentencing hearing and statement of reasons—Docket Entry 385 and Attachment.

For good cause shown, the court **GRANTS** the defendant's motion (ECF No. 414).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 21st day of March, 2019.

ENTER:

David A. Faber
Senior United States District Judge